# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL, LLC., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A HERETO, <br><br> Defendants. | Case No.: 1:25-cv-07617 <br><br> District Judge Matthew F. Kennelly <br><br> Magistrate Judge Maria Valdez |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

Plaintiff Anagram International, LLC ("Anagram" or "Plaintiff") hereby moves this Honorable Court to enter Default and Default Judgment against Defaulting Defendant(s). In support of its Motion, Plaintiff files herewith a Memorandum of Law and a further Declaration of Matthew A. Werber.

| | |
|---|---|
| DATED: August 29, 2025 | Respectfully submitted,<br><br>*/s/ Matthew A. Werber*<br>Matthew A. Werber (Ill. # 6287658)<br>mwerber@nixonpeabody.com<br>Peter Krusiewicz (Ill. # 6342444)<br>pkrusiewicz@nixonpeabody.com<br>**NIXON PEABODY LLP**<br>70 W. Madison St., Suite 5200<br>Chicago, IL 60602<br>Tel: (312) 977-4400<br>Fax: (312) 977-4405<br><br>***ATTORNEYS FOR PLAINTIFF*** |

## **CERTIFICATE OF SERVICE**

      I, the undersigned attorney, certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system on August 29, 2025.


                                      */s/ Matthew A. Werber*
                                      Matthew A. Werber

4897-3397-0526.1