UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Anagram International, LLC

    Plaintiff,

v.

Case No.: 1:25−cv−07617

Honorable Matthew F. Kennelly

The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified in Schedule A Hereto, et al.

    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 17, 2025:

    MINUTE entry before the Honorable Matthew F. Kennelly: The plaintiff in this copyright infringement suit has moved for entry of default judgment. The claimed infringement involves various balloon designs. The motion and supporting memorandum are essentially boilerplate and make no effort to discuss the nature or extent of infringement by any of the defendants. The Court was thus left to hunt for itself in this regard and found information along these lines only as attachments to plaintiff 9;s TRO motion. This provided screenshots showing the infringing products and their prices (all were modestly priced) but nothing at all about the extent of any infringing sales. Under the circumstances−−and without any assistance from plaintiff −the Court essentially had no reasonable choice but to reduce the amount assessed to a low common denominator. The Court also notes that plaintiff's counsel did not bother to update the proposed default judgment order to account for dismissals of a number of defendants on 9/5/2025 and 9/12/2025. The Court did this on its own. If the Court made any errors in this regard it will be incumbent upon plaintiff's counsel to get a motion on file promptly seeking a correction. The motion for entry of default judgment [33] is granted with these caveats. Enter Final Default Judgment Order. All dates and deadlines before this Court are vacated. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.