IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL, LLC,  Plaintiff,  v.  THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,  Defendants. | Case No.: 1:25-cv-07617  District Judge Matthew F. Kennelly  Magistrate Judge Maria Valdez |

## NOTICE OF SATISFACTION OF JUDGMENT

A Default Judgment Order was entered in the above action in favor of Plaintiff Anagram International, LLC ("Anagram") and against certain defendants remaining in the case at the time of the default judgment. Dkt. 39. Anagram acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant(s).

| No | Seller Name | Seller ID |
|---|---|---|
| 5 | Chanbasics | 10001117600 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant(s) is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of full and complete satisfaction on the docket of said judgment as to the above-identified Defendant(s).

DATED: October 31, 2025          Respectfully submitted,

*/s/ Peter Krusiewicz*
Matthew A. Werber (Ill. # 6287658)
mwerber@nixonpeabody.com
Peter Krusiewicz (Ill. # 6342444)
pkrusiewicz@nixonpeabody.com
**NIXON PEABODY LLP**
70 W. Madison St., Suite 5200
Chicago, IL 60602
Tel: (312) 977-4400
Fax: (312) 977-4405

***ATTORNEYS FOR PLAINTIFF***